**2010–2182. State v. Grant.**
Cuyahoga App. No. 94101, 2010-Ohio-5241. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, C.J., and O'DONNELL and LANZINGER, JJ., dissent.

**2010–2190. State v. Cottrell.**
Cuyahoga App. No. 95053, 2010-Ohio-5254. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, C.J., and LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2010–2193. State v. Graggs.**
Franklin App. No. 09AP–339, 2009-Ohio-5975. On motion for leave to file delayed appeal. Motion denied.

**2010–2200. State v. Marcum.**
Perry App. Nos. 10–CA–1 and 10–CA–2. On motion for immediate stay of execution and continuance of appeal bond. Motion denied.

**2010–2212. State v. Hayes.**
Hamilton App. Nos. C–100547 and C–100482. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2010–1636. State v. Gunnell.**
Clark App. No. 09–CA–0013, 2010-Ohio-4415.
O'DONNELL, J., would accept the appeal on Proposition of Law No. II only.
PFEIFER and McGEE BROWN, JJ., dissent.

**2010–1826. Jones v. Centex Homes.**
Franklin App. Nos. 09AP–1032 and 09AP–1033, 2010-Ohio-4268.
O'CONNOR, C.J., and LANZINGER and CUPP, JJ., dissent.

**2010–1844. Longly v. Thailing.**
Cuyahoga App. No. 94354, 2010-Ohio-5012. Discretionary appeal accepted; cause held for the decision in 2010–1091, *Barbee v. Allstate Ins. Co.*, Lorain App. Nos. 09CA009594 and 09CA009596, 2010-Ohio-2016; and briefing schedule stayed. Motion to consolidate denied as moot.
O'CONNOR, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent.

**2010–1881. Flynn v. Fairview Village Retirement Community, Ltd.**
Cuyahoga App. No. 95695.
PFEIFER, CUPP, and McGEE BROWN, JJ., dissent.

**2010–1882. Green v. State.**
Hamilton App. No. C–090650, 2010-Ohio-4371. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

**2010–1949. State v. Monford.**
Franklin App. No. 09AP–274, 2010-Ohio-4732. Discretionary appeal accepted on Proposition of Law Nos. I and II.
PFEIFER, J., would also accept the appeal on Proposition of Law Nos. III–VI.
LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. V.
O'DONNELL, LANZINGER, and CUPP, JJ., dissent.